# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH A. HALIWELL, | Case No.: 3:25-cv-00197-ART |
| Appellant, | BK Case No.: 24-50252-HLB |
| v. | **ORDER FOR EXTENSION OF TIME TO FILE BRIEFS AND APPENDICES** |
| W. DONALD GIESEKE, Chapter 7 Trustee | |
| Appellee. | **(First Request)** |

COME NOW, Appellant, Elizabeth A. Haliwell, an individual ("Haliwell"), and Appellee, W. Donald Gieseke, Chapter 7 Trustee, ("Trustee"), by and through their respective undersigned counsel, hereby stipulate and request this Court for an extension of time as set forth below.

1. This is the First Stipulated Request for an Extension of Time to File Briefs and Appendices.

2. On May 19, 2025, this Court issued an order setting deadlines to file briefs and appendices.

3. That Appellant, Haliwell's brief is currently due on June 2, 2025.

1

4. That the transcript ordered for the September 24, 2024 hearing will not be ready until June 5th 2025, after the due date of Appellant's brief.

5. Therefore, the parties are seeking a ten (10) day extension until June 12, 2025 for Appellant to file her brief and appendix, and until June 26, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due July 10, 2025.

7. The Parties are entering into this stipulation in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/30/2025_

2