# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH A. HALIWELL,<br><br>　　　　　　Appellant,<br><br>v.<br><br>W. DONALD GIESEKE,<br>Chapter 7 Trustee<br><br>　　　　　　Appellee. | Case No.: 3:25-cv-00197-ART<br><br>BK Case No.: 24-50252-HLB<br><br>**ORDER GRANTING** (*nunc pro tunc*)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS AND APPENDICES**<br><br>**(Second Request)** |

COME NOW, Appellant, Elizabeth A. Haliwell, an individual ("Haliwell"), and Appellee, W. Donald Gieseke, Chapter 7 Trustee, ("Trustee"), by and through their respective undersigned counsel, hereby stipulate and make a second request to this Court for an extension of time as set forth below.

1. This is the Second Stipulated Request for an Extension of Time to File Briefs and Appendices.

2. On May 19, 2025, this Court issued an order setting deadlines to file briefs and Appendices.

3. That Appellant, Haliwell's brief was initially due on June 2, 2025.

4. That because the transcript ordered for the September 24, 2024 hearing was not

1. ready until June 5th 2025, after the due date of Appellant's brief, the Parties sought a ten (10) day extension to file their briefs.

5. The Parties first request for extension of briefing deadlines was granted on May 30th 2025 (Doc. #8).

6. That the Parties are now in the process of possibly settling the issues in this case, and are therefore, requesting a 60 day extension, to August 12, 2025 for Appellant to file her brief and appendix, and until August 26, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due September 9, 2025.

7. The Parties are entering into this stipulation in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED.

DATED this 10TH day of June, 2025            DATED this 10TH day of June, 2025.

Christopher P. Burke, Esq.                          Michael Lehners, Esq.
526 Lander Street                                   429 Marsh Avenue
Reno, Nevada 89509                                  Reno, Nevada 89509


/s/ *Christopher P. Burke. Esq.*                    /s/ *Michael Lehners, Esq.*
Christopher P. Burke, Esq.                          Michael Lehners, Esq.
Nevada Bar No. 004093                               Nevada Bar No. 003331
Attorney for Appellant                              Attorney for Appellee

**ORDER**

The Parties' request for a 60 day extension, to August 12, 2025, for Appellant to file her brief and appendix, and until August 26, 2025, for Appellee to file his brief and appendix, and Appellant's reply brief due September 9, 2025, is **granted *nunc pro tunc***.

DATED: <u>August 11, 2025</u>

_____
Anne R. Traum
United States Distict Judge

2