# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH A. HALIWELL,<br><br>　　　　　Appellant,<br><br>v.<br><br>W. DONALD GIESEKE,<br>Chapter 7 Trustee<br><br>　　　　　Appellee. | Case No.: 3:25-cv-00197-ART<br><br>BK Case No.: 24-50252-HLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS AND APPENDICES**<br><br>**(Third Request)** |

COME NOW, Appellant, Elizabeth A. Haliwell, an individual ("Haliwell"), and Appellee, W. Donald Gieseke, Chapter 7 Trustee, ("Trustee"), by and through their respective undersigned counsel, hereby stipulate and make a third request to this Court for an extension of time as set forth below.

1. This is the Third Stipulated Request for an Extension of Time to File Briefs and Appendices, and this should be the last request for an extension of time.

2. On May 19, 2025, this Court issued an order setting deadlines to file briefs and Appendices.

3. That Appellant, Haliwell's brief was initially due on June 2, 2025.

1

4. That because the transcript ordered for the September 24, 2024 hearing was not ready until June 5th 2025, after the due date of Appellant's brief, the Parties sought a ten (10) day extension to file their briefs.

5. The Parties first request for extension of briefing deadlines was granted on May 30th 2025 (Doc. #8).

6. That because the Parties were in the process of settling, on June 11, 2025, the Parties filed a second Stipulation requesting extension of deadlines (Doc. #9).

7. That although the Order was not signed, this second Stipulation requested that a 60 day extension, to August 12, 2025 for Appellant to file her brief and appendix, and until August 26, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due September 9, 2025.

8. That the Parties are now finalizing the terms of a settlement in this case, which needs to be brought before the bankruptcy court for approval, and are therefore, requesting a 90 day extension, to November 10, 2025 for Appellant to file her brief and appendix, and until November 24, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due December 8, 2025.

9. The Parties are entering into this stipulation in good faith and not for purposes of delay.

///

///

2

IT IS HEREBY STIPULATED.

DATED this 8TH day of August, 2025       DATED this 8TH day of August, 2025.

Christopher P. Burke, Esq.              Michael Lehners, Esq.
526 Lander Street                       429 Marsh Avenue
Reno, Nevada 89509                      Reno, Nevada 89509


/s/ *Christopher P. Burke. Esq.*        /s/ *Michael Lehners, Esq.*
Christopher P. Burke, Esq.              Michael Lehners, Esq.
Nevada Bar No. 004093                   Nevada Bar No. 003331
Attorney for Appellant                  Attorney for Appellee

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: August 11, 2025

3