# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH A. HALIWELL,<br><br>                Appellant,<br><br>v.<br><br>W. DONALD GIESEKE,<br>Chapter 7 Trustee<br><br>                Appellee. | Case No.: 3:25-cv-00197-ART<br><br>BK Case No.: 24-50252-HLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE BRIEFS AND APPENDICES**<br><br>**(Fourth Request)** |

      COME NOW, Appellant, Elizabeth A. Haliwell, an individual ("Haliwell"), and Appellee, W. Donald Gieseke, Chapter 7 Trustee, ("Trustee"), by and through their respective undersigned counsel, hereby stipulate and make a fourth request to this Court for an extension of time as set forth below.

1. This is the Fourth Stipulated Request for an Extension of Time to File Briefs and Appendices, and this should be the last request for an extension of time.

2. On May 19, 2025, this Court issued an order setting deadlines to file briefs and Appendices.

3. That Appellant, Haliwell's brief was initially due on June 2, 2025.

4. That because the transcript ordered for the September 24, 2024 hearing was not ready until June 5th 2025, after the due date of Appellant's brief, the Parties sought a ten (10) day extension to file their briefs.

5. The Parties first request for extension of briefing deadlines was granted on May 30th 2025 (Doc. #8).

6. That because the Parties were in the process of settling, on June 11, 2025, the Parties filed a second Stipulation requesting extension of deadlines (Doc. #9).

7. That on August 11, 2025, the Order granting the second Stipulation was signed, approving a 60 day extension, to August 12, 2025 for Appellant to file her brief and appendix, and until August 26, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due September 9, 2025.

8. That because the Parties were still working out the details of a settlement, on August 11, 2025, the Parties filed a third Stipulation requesting extension of deadlines (Doc. #10).

9. That on August 11, 2025, the Order granting the third Stipulation was signed, approving a 90 day extension, to November 10, 2025 for Appellant to file her brief and appendix, and until November 24, 2025 for Appellee to file his brief and appendix, and Appellant's reply brief would be due December 8, 2025 (Doc. #12).

9. That the Parties have reached an agreement, and there is a Motion to Approve Compromise and Settlement of Claims scheduled to be heard in the U.S. Bankruptcy Court, Reno, Nevada on November 18, 2025 at 1:30 p.m. Thus, the Parties are now requesting a 35 day extension, in the unlikely chance the Settlement is not approved, where Appellant will have until December 15, 2025 to file her brief and appendix, and

<mark>
<mark>

1      Appellee will have until December 29th 2025 to file his brief and appendix, and

2      Appellant's reply brief would be due January 12, 2026.

3  9.      The Parties are entering into this stipulation in good faith and not for purposes of

4      delay.

IT IS HEREBY STIPULATED.

DATED this 7TH day of Nov., 2025     DATED this 7TH day of Nov., 2025.

Christopher P. Burke, Esq.     Michael Lehners, Esq.
526 Lander Street     429 Marsh Avenue
Reno, Nevada 89509     Reno, Nevada 89509

*/s/ Christopher P. Burke. Esq.*     */s/ Michael Lehners, Esq.*
Christopher P. Burke, Esq.     Michael Lehners, Esq.
Nevada Bar No. 004093     Nevada Bar No. 003331
Attorney for Appellant     Attorney for Appellee

**IT IS SO ORDERED**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: November 12, 2025

3