# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ELIZABETH A. HALIWELL,

Appellant,

v.

W. DONALD GIESEKE,
Chapter 7 Trustee

Appellee.

Case No.: 3:25-cv-00197-ART BK Case No.: 24-50252-HLB

**ORDER GRANTING**

**Stipulation to Dismiss Appeal**

COME NOW, Appellant, Elizabeth A. Haliwell, an individual ("Appellant" or "Haliwell"), and Appellee, W. Donald Gieseke, Chapter 7 Trustee, ("Appellee" or "Trustee Gieseke"), (together "the Parties"), by and through their respective undersigned counsel, hereby stipulate and request this Court to Dismiss this Appeal as set forth below.

1.     Appellant filed a Notice of Appeal on April 15, 2025 in Bankruptcy Court (BK Dkt. 44).

2.     That on April 18, 2025, Appellee filed an Election to Appeal to U.S. District Court (BK Dkt. 51).

3.     That there have been a number of extensions to the briefing schedule of this appeal (Dkts. 8, 11, 12 and 14), while the Parties negotiated a settlement and

1

obtaining approval of the settlement through the United States Bankruptcy Court.

4. That there was a Motion to Approve Compromise and Settlement of Claims scheduled to be heard in the U.S. Bankruptcy Court, Reno, Nevada on November 18, 2025 at 1:30 p.m., but was then continued to December 16, 2025 at 1:30 p.m. in order to resolve a noticing issue.

5. That on January 5, 2026, the Bankruptcy Court entered an Order Approving Chapter 7 Trustee's Motion to Approve Compromise and Settlement of Claims was entered as (BK Dkt. #100).

6. That the last extension was a 35-day extension for Appellant to file her brief and appendix, on or before December 15, 2025, and Appellee to file his brief and appendix on or before December 29th 2025, and Appellant's reply brief on or before January 12, 2026.

7. That because the Parties have reached an agreement, and the Motion to Approve Compromise and Settlement of Claims has now been fully executed in the U.S. Bankruptcy Court, the Parties respectfully request this Court to Dismiss this appeal.

///

///

2

8.    The Parties are entering into this stipulation in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED.

DATED this 14TH day of Jan., 2026     DATED this 14TH day of Jan., 2026.
Christopher P. Burke, Esq.              Michael Lehners, Esq.
526 Lander Street                   429 Marsh Avenue
Reno, Nevada 89509             Reno, Nevada 89509


/s/ *Christopher P. Burke. Esq.*     /s/ *Michael Lehners, Esq.*
Christopher P. Burke, Esq.             Michael Lehners, Esq.
Nevada Bar No. 004093           Nevada Bar No. 003331
Attorney for Appellant            Attorney for Appellee
Elizabeth A. Haliwell             Chapter 7 Trustee,
                                  W. Donald Gieseke


**IT IS SO ORDERED**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE


Dated: January 15, 2026

3